IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ARTHA JONES, | : |
| Plaintiff, | : |
| | : CIVIL ACTION FILE |
| v. | : |
| | : NO. 1:08-CV-2121-TCB-AJB |
| MERCANTILE ADJUSTMENT BUREAU, LLC, a New York limited liability company | : |
| Defendant. | : |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW PLAINTIFF, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and before the service of an answer or a motion for summary judgment, and stipulates that this action shall be dismissed with prejudice to all claims.

Respectfully submitted this 4th day of September, 2008.

                                          THE LAW OFFICE OF JAMES M. FEAGLE, P.C.

                                  by:   S/James M. Feagle
                                          James M. Feagle
                                          Attorney for plaintiff
                                          Georgia Bar No. 256916

108 East Ponce de Leon Avenue
Suite 204
Decatur, GA 30030
404 / 373-1970
fax 404/601-1855